ACCEPTED
12-14-00314-CR; 12-14-00315-CR; 12-14-316-CR; 12-14-00317-CR; 12-14-00318-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/14/2015 2:07:08 PM
Pam Estes
CLERK

### NO. 12-14-00314-CR; 12-14-00315-CR; 12-14-00317-CR;

| | | |
|---|---|---|
| **DANIEL WAYNE MCLEMORE.** | § | **IN THE TWELFTH COURT OF** |
| **Appellant,** | § | |
| | § | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS<br>9/14/2015 2:07:08 PM<br>PAM ESTES<br>Clerk |
| | § | |
| **VS.** | § | **APPEALS IN AND FOR** |
| | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee.** | § | **THE STATE OF TEXAS** |

### _MOTION TO EXTEND TIME TO FILE AMENDED APPELANT BRIEF_

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DANIEL WAYNE MCLEMORE, by and through his attorney, Wm. Brandon Baade, and makes this MOTION TO EXTEND TIME TO FILE AMENDED APPELANT BRIEF:

1. The deadline for filing the AMENDED APPELANT's Brief is September 1, 2015.

2. APPELANT seeks and extension of fourteen (30) days from the date of filing this motion or October 14, 2015 to file AMENDED APPELANT's Brief.

3. Facts relied on to reasonably explain the need for an extension:

4. I have not found the notice requiring an Amended Brief in these cases in my email, although I have never had an issue receiving them. I did receive an email letting me know I was late filing an Amended Brief in the above cases.

5. Since the cases were consolidated I intended that the error argued in the originally filed Appellant Brief to cover all of the cases, even though the trial court did not assign the cases one cause number upon consolidation.

6. I will need to get the reporters and Clerk's record from the Wood County District Clerk to prepare an Amended Brief.

7. APPELANT has been granted zero (0) extension of time to file the Amended Appellant Brief.

WHEREFORE, DANIEL WAYNE MCLEMORE, by his attorney, Wm. Brandon Baade, requests the court extend time to file AMENDED APPELANT's Brief in this case.

RESPECTFULLY SUBMITTED,

Wm. Brandon Baade
522 N Broadway Ave
Tyler, TX 75702
Tel: (903) 526-5867
brandonbaadelaw@gmail.com


_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appelant


## CERTIFICATE OF CONFERENCE

I certify that I have contacted Tom Burton, Attorney for Appellee, in this case and he is in agreement with this motion.


_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appellant


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF was served on all counsel of record by U.S. Mail on September 14, 2015.


_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appellant